## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | SACR 12-90-AG | Date | April 7, 2014 |
|---|---|---|---|

| Present: The Honorable | Andrew J. Guilford, U.S. District Judge |
|---|---|
| Interpreter | |

| Lisa Bredahl | Miriam Baird | Greg Staples, Patricia Fusco SAUSA |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1. Craig Shults | Not | | X | 1. James Riddet | X | | X |
| 2. Joseph Haymore | X | | X | 2. Dyke Huish, Steven Smith, Jason Smith | X | | X |
| 3. Paul Licausi | X | | X | 3. Marvin Rudnick, Brent Gleason | X | | X |
| 6. Sylvia Melkonian | X | | X | 6. Robison Harley | X | X | |

**Proceedings:** 1. DEFENDANTS RULE 29 MOTIONS
2. DEFENDANTS MOTIONS FOR NEW TRIAL

Cause is called for hearing and counsel make their appearances. Counsel for defendant Shults waives the presence of the defendant for this hearing. Matters are argued and taken under submission

|  | 1 | : | 45 |
|---|---|---|---|
| | Initials of Deputy Clerk | lmb | |