ANDRE BIROTTE JR.
United States Attorney
DENNISE D. WILLETT
Assistant United States Attorney
Chief, Santa Ana Branch Office
GREGORY W. STAPLES (CALIFORNIA BAR NO. 155505)
Assistant United States Attorney
PATRICIA M. FUSCO (CALIFORNIA BAR NO. 197701)
Special Assistant United States Attorney
    UNITED STATES COURTHOUSE
    411 West Fourth Street, Suite 8000
    Santa Ana, California 92701
    Telephone:  (714) 338-3535
    Facsimile:  (714) 338-3708
    Email: greg.staples@usdoj.gov

*Attorneys for Plaintiff*
*United States Of America*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | SA CR No. 12-90-AG |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING OF DEFENDANT SHERIDAN SNYDER** |
| v. | |
| **CRAIG SHULTS, et al.,** | |
| Defendants. | |

The government and defendant Sheridan Snyder stipulate as follows:

IT IS HEREBY STIPULATED by and between the parties that:

1. The current August 18, 2014 hearing on Defendant Sheridan Snyder's sentencing be continued to Monday, October 27 at 1:30 p.m., in Courtroom 10D.

1

1  IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

ANDRÉ BIROTTE JR.
United States Attorney

Date:  May 28, 2014

*/s/ Patricia M. Fusco*
PATRICIA M. FUSCO, Special Assistant
United States Attorney

DEFENDANT SHERIDAN SNYDER

*/s/ Diane Bass*
Attorney for Defendant Sheridan Snyder

Date:  May 28, 2014

PMF:MMB
SD2010301546
continuesnyderstg.doc

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28