Dyke E. Huish, State Bar No. 167690
LAW OFFICES OF DYKE E. HUISH
8105 Irvine Center Drive, Suite 1020
Irvine, CA 92618
Tel: (949) 837-8600
Fax: (949) 363-5552
Email:       huishlaw@mac.com

Steven C. Smith, State Bar No. 116246
Jason K. Smith, State Bar No. 277923
SMITH LC
1800 North Broadway, Suite 200
Santa Ana, California 92706
Telephone:  (714) 550-7720
Facsimile:   (714) 550-1251
Email:       ssmith@smith-lc.com
Email:       jsmith@smith-lc.com

Attorneys for Defendant, Joseph Haymore

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT – SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSEPH HAYMORE<br><br>Defendants. | CASE NO:  8:12-CR-00090-AG<br>JUDGE:  Hon. Andrew J. Guilford<br><br>**AMENDED DECLARATION OF STEVEN C. SMITH IN SUPPORT OF DEFENDANT JOSEPH HAYMORE'S OBJECTIONS TO THE AUGUST 4, 2014 PRESENTENCE INVESTIGATION REPORT** [**Fed. R. Crim. P. 32(f)**]<br><br>[Redacted and re-filed publicly per Court's 8/20/14 Minute Order]<br><br>**SENTENCING HEARING**<br>Date:     September 8, 2014<br>Time:    1:00 p.m.<br>Judge:   Hon. Andrew J. Guilford<br>Crtrm:   10D |

1

## DECLARATION OF STEVEN C. SMITH

I, STEVEN C. SMITH, declare and state:

1. I am a member of the State Bar of California and the Bar of this court. I am counsel for Defendant Joseph Haymore in this action. I am over 18 years of age, have personal knowledge of the facts stated herein, and could competently testify thereto if called upon to do so.

2. Attached hereto is a collection of documents entitled "**Analysis No. 1**." Analysis No. 1 is a spreadsheet created by my office, and shows the monetary losses to the victims in Counts 1 through 3 of the indictment. Count 1 is, according to the government, related to Abha Dubey. Count 2 is related to Donna Reynal. Count 3 is related to Tim Wallender. Submitted with the spreadsheet are three types of Exhibits related to Ms. Dubey: (1) 8 deeds showing properties being transferred to Ms. Dubey; (2) property condition reports showing the properties are in habitable condition; and (3) a Zillow Estimates of Value (current value and value at or about the time the property was transferred) to show the offsetting value.

3. Attached hereto is also a collection of documents entitled "**Analysis No. 2.**" Analysis No. 2 is a spreadsheet created by my office, and shows that the PSR failed to offset losses by the fair market value of the 53 properties transferred to investors. Submitted with this spreadsheet are exhibits for each "transferred" property consisting of: (1) a recorded deed showing title to the property was transferred to the buyer; (2) a property verification report showing that the properties were in habitable condition; and (3) the Zillow Estimates of Value (current value and value at or about the time the property was transferred) to show the offsetting value.

4. The deeds submitted with Analysis No. 1 and Analysis No. 2 were obtained from 3 different sources. Approximately 1/3 of the deeds are certified copies ordered from the respective county recorder's office. The remaining deeds

SMITH LC

are copies obtained online from the respective county recorder's office, or were taken from the documents produced by Fidelity Title in response to a trial subpoena in this case.

5. The property condition reports submitted with Analysis No. 1 and No. 2 are the reports that were prepared for UCF in early 2009 by an outside company. A few of these reports were entered into evidence at trial. On page 1 of the report is red box which identifies any safety of habitability issues. These reports also have pictures of the homes and neighborhoods.

6. The Zillow Estimates of Value submitted with Analysis No. 1 and Analysis No. 2 were obtained directly from Zillow.com (or a similar website on a couple occasions) and a screenshot was taken. The Zillow exhibits contain the current value on page 1. Following the current Zillow value is a graph showing the historic value of the property in or about December 2009. (A red box with the historic value was included by my office to make it easier for the court to read).

7. The exhibits for Analysis No. 1 and Analysis No. 2 are being filed electronically, but have been redacted to conceal the addresses, phone numbers, and account numbers of victims/witnesses in this case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed this 27th day of August, 2014, at Santa Ana, California.

                                           */s/ Steven C. Smith*
                                           Steven C. Smith