Attachment to Declaration of Steven C. Smith In Support of Defendant Joseph Haymore's Objections to August 4, 2014 Presentence Investigation Report

# ANALYSIS #1

United States v. Shults, et al.
Case No. 12-CR-0090-AG

# ANALYSIS #1

United States v. Shutts, et al.
Case No. 12-CR-0090-AG

| EXHIBIT | Last Name | First Name | Property Address | Status | Transferred to Buyer? | Habitability Issues? | Purchase Price | Zillow Value | | Loss |
|---|---|---|---|---|---|---|---|---|---|---|
| | Dubey | Abha | 1915 Adams St., Chicago Heights, IL | Open | No | | $35,000 | | | $35,000 |
| | Dubey | Abha | 310 W. 107th Pl., Chicago, IL | Open | No | | $35,000 | | | $35,000 |
| 1 | Dubey | Abha | 21-23 E. Mumma Ave., Dayton, OH | Closed | Yes | No | $35,000 | $38,240 | | -$3,240 |
| 2 | Dubey | Abha | 1648 SW. Henry Ave., Canton, OH | Closed | Yes | No | $35,000 | $41,000 | | -$6,000 |
| 3 | Dubey | Abha | 727 Elma Ave., Akron, OH | Closed | Yes | No | $35,000 | $58,000 | | -$23,000 |
| 4 | Dubey | Abha | 428 Killian Rd., Akron, OH | Closed | Yes | No | $35,000 | $75,000 | | -$40,000 |
| 5 | Dubey | Abha | 80 Victor Ave., Dayton, OH | Closed | Yes | No | $35,000 | $53,000 | | -$18,000 |
| 6 | Dubey | Abha | 951 Clifford Ave., Akron, OH | Closed | Yes | Small area needs siding | $35,000 | $44,000 | | -$9,000 |
| 7 | Dubey | Abha | 7512 Mooresville Rd., Indianapolis, IN | Closed | Yes | No | $35,000 | $67,000 | | -$32,000 |
| 8 | Dubey | Abha | 953 Aberdeen St., Akron, OH | Closed | Yes | No | $35,000 | $15,000 | | $20,000 |
| | | | | | | | $350,000 | | | $0 |
| | | | | | | | | | | |
| | Reynal | Donna | 7323 S. May Street, Chicago, IL | Open | No | | $35,000 | | | $35,000 |
| | | | | | | | $35,000 | | | $35,000 |
| | | | | | | | | | | |
| | Wallender | Tim | 4913 Baring Ave., East Chicago, IN | Open | No | | $35,000 | | | $35,000 |
| | | | | | | | $35,000 | | | $35,000 |
| | | | | | | | | | | |
| | | | | | | | $420,000 | | | $70,000 |
| | | | | | | | | | | TOTAL LOSSES |

2

3

# EXHIBIT 1.1

(Deed-3)

$36.00 12/15/09 10:47:37
DEED-09-083374  0003
Montgomery County
Willis E. Blackshear Recorder

TRANSFER
09:54am     DECEMBER 14, 2009
KARL L. KEITH, COUNTY AUDITOR
Conv/Tran #: 18717        $105.00

# *Know all Men by these Presents*

That **Creative Realty Solutions, LLC, a California Limited Liability Company**

**d/b/a TCS Foreclosure** of Irvine, California, for and in consideration of One dollar ($1.00)

and other valuable considerations to them in hand paid by **Equity Trust Company,**

**Custodian FBO Abha Dubey IRA**, the Grantee, whose address is ███████████

██████████████, do hereby **Grant, Bargain, Sell and Convey** to said Grantee, his heirs

and assigns forever, the following described **Real Estate** situate in the County of

Montgomery, State of Ohio, to wit:

See Attached "Exhibit A"

Last transfer: Instrument No.

and all the **Estate, Right, Title and Interest** of said grantor(s) in and to said premises; To

have and to hold the same, with all the privileges and appurtenances thereunto belonging

to said Grantee, their heirs and assigns forever.

And the said Grantor does hereby **Covenant and Warrant** that the title so conveyed

is **Clear, Free and Unencumbered** and that they will **Defend** the same against all lawful

claims of persons whomsoever.

**In Witness Whereof,** the said CREATIVE REALTY SOLUTIONS, LLC d/b/a TCS

FORECLOSURE, the Grantor, does hereby release its right and expectancy of dower in said

premises and has hereunto set its hand this _21ˢᵗ_ day of _September_ , 2009.

Signed and acknowledged in the presence of:

_____
**Witness**

CREATIVE REALTY SOLUTIONS, LLC

By: _____
Printed Name: _____
Title: _____

State of _California_ ,
County of _Orange_

    On this _24_ day of _September_ , 2009, before me, a Notary
Public in and for said County, personally appeared _Kevin Crom_ as
Member-Manager of CREATIVE REALTY SOLUTIONS, LLC d/b/a TCS
FORECLOSURE, the Grantor in the foregoing deed and acknowledged the signing thereof
to be their voluntary act and deed.

    **Witness** my official signature and seal on the day last above mentioned.

_____
Notary Public

My Commission Expires _12/5/2011_

This instrument prepared by: Creative Realty Solutions, LLC d/b/a TCS Foreclosure



DANIEL A. WALLACE
Commission # 1778821
Notary Public - California
Orange County
My Comm. Expires Dec 5, 2011

Instrument Number: 2009-00083374   Seq: 2

## Exhibit A

SITUATE IN THE STATE OF OHIO, COUNTY OF MONTGOMERY, AND CITY OF DAYTON, AND BEING LOT NUMBER NINETEEN THOUSAND SIX HUNDRED AND THIRTY-ONE (19631) OF CONSECUTIVE NUMBERS OF LOTS ON THE REVISED PLAT OF SAID CITY OF DAYTON, OHIO.

Commonly known as 21-23 East MUMMA AVENUE Dayton, OH 45405
However, by showing this address no additional coverage is provided.

Parcel ID No: R72-06008-0032

6

THE STATE OF OHIO     } ss.
MONTGOMERY COUNTY

      I, WILLIS E. BLACKSHEAR, RECORDER, within and for the County and State aforesaid, do hereby certify that the foregoing is a true and correct copy of the _____ **WARRANTY** _____ **DEED** _____ recorded at _____ *09-83374* _____ .
      Witness my hand and seal of said office this _____ *10th* _____
day of _____ *JANUARY* _____, A. D., 20 *14* .

                                WILLIS E. BLACKSHEAR, RECORDER
                                    Montgomery County, Ohio

Raised Imprint Seal of the        By _Kevin D Range_____,
Montgomery County Recorder                           Deputy Recorder

# EXHIBIT 1.2

**PROPERTY VERIFICATION REPORT**



### ASSIGNMENT INFORMATION

**21-23 East Mumma Avenue**
**Dayton**
**OH**
**45405**

Tracking #:
Customer #:
Product Code: PVR5D
Order Date: 1/29/2009 6:40:22 PM
Time Service:

### SPECIAL INSTRUCTIONS

### STREET SIDE OBSERVATION

| | |
|---|---|
| Survey Date: | |
| Location of Property: | Urban |
| Property Use: | Duplex |
| Property Use Other Than Single Family Residential? | No |
| *If Yes, Provide Photo and Explain:* | |
| Architectual Style: | Colonial |
| Use / Style Atypical for Neighborhood? | No |
| *If Yes, Explain:* | |
| Exterior Dwelling Condi ion: | Average |
| *If Fair or Poor, Provide Photo and Explain:* | |
| Exterior Dwelling Condi ion as Compared to Neighborhood Properties: | Slightly Superior |
| Is the Dwelling Visible From The Street? | Yes |
| Is there a "For Sale" Sign Present on he Property? | No |
| *If Yes, Provide Photo:* | |
| Does Dwelling Appear to be Vacant? | No |

### HAZARDS, CONDITIONS & EXPOSURES

| | |
|---|---|
| Deferred Maintenance Noted or Repairs Required? | No |
| *If Yes, Provide Photos and Explain:* | |
| Dwelling Under Construction or Renovation? | No |
| *If Yes, Provide Photos and Explain:* | |
| Any Safety or Habitability Related Issues Noted? | No |
| *If Yes, Provide Photos and Explain:* | |

### EXTERNAL FACTORS

*Negative Factors Observed Adjacent to the Property or*
*Within the Immediate Neighborhood Boundaries.*

| | |
|---|---|
| High Tension Electrical Wires? | No |
| Vacant/Abandoned Property? | No |
| Landfill Or Transfer Station? | No |
| Commercial/Industrial Use Property? | No |
| Railroad Tracks? | No |
| Interstate/Freeway/Highway? | No |
| Private or Public Airport? | No |
| Negative Noise Impact? | No |
| *If Yes, Provide Photos and Explain:* | |

9

**PROPERTY VERIFICATION REPORT**

*Positive Factors Observed Adjacent to the Property or Within the Immediate Neighborhood Boundaries.*

| | |
|---|---|
| Golf Course? | No |
| Oceanfront Access? | No |
| Lakefront Access? Yes | No |
| Private/Public Marina or Boat Ramp Access? | No |

If Yes, Provide Photos and Explain:

OCCUPANCY STATUS SUPPLEMENT (PVRI Code)

Supplement Requested by Client?

Physical Interview Conducted?

*If Yes, Name of Person Interviewed:*

Relationship to Owner:

Occupancy Status:

Identity Confirmed By:

Overall Temperament of Person Interviewed: N/A

Projected Vacancy Date:

COMMENTS

10

© 2009, CIS Group, Inc. V5

**PROPERTY VERIFICATION REPORT**





11

**PROPERTY VERIFICATION REPORT**





**PROPERTY VERIFICATION REPORT**



13

14

# EXHIBIT 1.3

CL9-07



| CONTACT US | HELP

County Auditors Page

**MONTGOMERY COUNTY, OHIO**

Home   Property Search   Value Dispute   Neighborhood Maps   GIS / Real Estate Downloads
Address   Owner Name   Parcel   Advanced   Land Use Codes

- Summary
- Property Description
- Tax Summary
- Levy Distribution
- New Levies
- Special Assessments
- Permits
- Value History
- Rental Registration
- Sketch
- Sales
- Photo

**PARID: R72 06008 0032**
**PARCEL LOCATION: 21 MUMMA AVE E**

**NBHD CODE: C8000000**

Tax Year: 2010

CURRENT RECORD

◄ ◄ 1 of 1 ► ►
Return to Search Results

**Owner**
Name
EQUITY TRUST COMPANY.

📷 Maps
💲 Pay Taxes
🖨 Printable Version

**Mailing**
Name     EQUITY TRUST COMPANY

Mailing Address

City, State, Zip     HONOLULU, HI

**Legal**
Legal Description     19631

Land Use Description     C - APARTMENTS 4-19 RENTAL UNITS
Acres     0
Deed     DEED-09-083374
Tax District Name     DAYTON CITY-DAYTON CSD

**Sales**

| Date | Sale Price | Deed Reference | Seller | Buyer |
|---|---|---|---|---|
| 04-MAY-85 | $14,500 | | | |
| 17-NOV-93 | $34,900 | | | |
| 09-DEC-03 | $16,000 | SF/D-03-182920 | DAVIS MICHAEL | US BANK NATIONAL |
| 09-DEC-03 | $8,500 | DEED-03-182921 | US BANK NATIONAL | INVEST2ME |
| 13-DEC-05 | $39,250 | DEED-05-127443 | INVEST2ME | ROSS DION L |
| 28-FEB-06 | $84,000 | DEED-06-017836 | ROSS DION L | HATCHER CALVIN L JR |
| 07-AUG-08 | $24,000 | SF/D-08-056727 | HATCHER CALVIN L JR | HSBC BANK USA NA TR |
| 02-APR-09 | $1,000 | DEED-09-021835 | HSBC BANK USA NA TR | LENDER ASSET RESOLUTION |
| 23-JUL-09 | $1,000 | DEED-09-051460 | LENDER ASSET RESOLUTION | INTERSTATE INVESTMENT GROUP LLC |
| 14-DEC-09 | $8,800 | DEED-09-083373 | INTERSTATE INVESTMENT GROUP LLC | CREATIVE REALTY SOLUTIONS LLC |
| 14-DEC-09 | $35,000 | DEED-09-083374 | CREATIVE REALTY SOLUTIONS LLC | EQUITY TRUST COMPANY |

**Values**

| Assessed Values | 100% | 35% |
|---|---|---|
| Land | $10,000 | $3,500 |
| Improvements | $28,240 | $9,880 |
| CAUV | $0 | $0 |
| Total | $38,240 | $13,380 |

**Current Year Rollback Summary**

| | |
|---|---|
| 10% Rollback | $0.00 |
| 2.5% Rollback | $0.00 |
| Homestead | $0.00 |
| City of Dayton Credit | $0.00 |

**2010 Tax Assessed Value $38,240**

**Current Year Special Assessments**

| | | |
|---|---|---|
| 11777-APC FEE | | $43.00 |
| 31100-D S+W DELQ SEWER + WATER | 15 | $412.72 |
| 31102-D W&S DELQ. WATER | | $467.87 |

# EXHIBIT 2.1

KIM R. PEREZ
Stark County Auditor
FEE _____

NOV 25 2009

TRANSFERRED
TRANSFER NOT NECESSARY
DEPUTY _____
IN COMPLIANCE WITH ORC319.202

Instr:200912030049377
P:1 of 3   F:$56.00        12/03/2009
Rick Campbell              1:55PM DEED
Stark County Recorder  T20090038854

## Know all Men by these Presents

That **Creative Realty Solutions, a California Limited Liability Company d/b/a TCS**

**Foreclosure** of Irvine, California, for and in consideration of One dollar ($1.00) and other

valuable considerations to them in hand paid by Equity Trust Company Custodian FBO Abha

Dubey IRA, the Grantee, whose address is ███████████████████, do hereby

*Grant, Bargain, Sell and Convey* to said Grantee, his heirs and assigns forever, the following

described **Real Estate** situate, in the County of Stark,  State of Ohio, to wit:


See Attached "Exhibit A"


*Last transfer: Deed Volume _____ Page _____*

*and all the Estate, Right, Title and Interest of said grantor(s) in and to said premises; To have and to hold the same, with all the privileges and*
*appurtenances thereunto belonging to said Grantee, their heirs and assigns forever.*

*And the said Grantor does hereby Covenant and Warrant that the title so conveyed is Clear, Free and Unincumbered and that they*
*will Defend the same against all lawful claims of persons whomsoever.*

A True Certified Copy
Rick Campbell, Stark Recorder

By _Courtney Pyles_ Deputy
Date _1/9/13_
Instrument # _200912030049377_

*12052*



Instr:200912030049377
P:2 of 3  F:$56.00          12/03/2009
Rick Campbell          1:55PM DEED
Stark County Recorder  T20090039854

*In Witness Whereof, the said* CREATIVE REALTY SOLUTIONS, LLC, the Grantor, *does hereby release its right and expectancy of dower in said premises and has hereunto set its hand this* 24 *day of* September_____, 2009.

*Signed and acknowledged in the presence of:*

CREATIVE REALTY SOLUTIONS, LLC

BY: _____

MEMBER/MANAGER Kevin Grom

State of California
County of Orange

*On this* 24 *day of* September_____, 2009, *before me, a Notary Public in and for said County, personally appeared* Kevin Grom _____, *the Grantor in the foregoing deed and acknowledged the signing thereof to be their voluntary act and deed.*

*Witness my official signature and seal on the day last above mentioned.*

_____
*Notary Public*

*My Commission Expires* 12/5/2011_____

*This instrument prepared by:* Creative Realty Solutions, LLC.

DANIEL A. WALLACE
Commission # 1778821
Notary Public - California
Orange County
My Comm. Expires Dec 5, 2011

18



Instr:200912030049377
P:3 of 3   F:$56.00         12/03/2009
Rick Campbell              1:55PM DEED
Stark County Recorder   T20090038854

## Exhibit A

SITUATED IN THE CITY OF CANTON, COUNTY OF STARK, AND STATE OHIO:
AND KNOWN AS AND BEING LOT NUMBER SIX THOUSAND SIX HUNDRED
FORTY-EIGHT (6648) IN THE CITY OF CANTON, OHIO, BEING THE SAME
MORE OR LESS, BUT SUBJECT TO ALL LEGAL HIGHWAYS.

Commonly known as 1648 SouthWest HENRY AVENUE Canton, OH 44706
However, by showing this address no additional coverage is provided.

PARCEL # 0232712

# EXHIBIT 2.2

**PROPERTY VERIFICATION REPORT**



PLATINUM**data**
accurate. efficient. simplified.

## ASSIGNMENT INFORMATION

**1648 Henry Avenue SW**
**Canton**
**OH**
**44706**

| | |
|---|---|
| Tracking #: | |
| Customer #: | |
| Product Code: | PVR5D |
| Order Date: | 1/29/2009 6:40:22 PM |
| Time Service: | |

## SPECIAL INSTRUCTIONS

## STREET SIDE OBSERVATION

| | |
|---|---|
| Survey Date: | |
| Location of Property: | Urban |
| Property Use: | Single Family |
| Property Use Other Than Single Family Residential? | No |
| *If Yes, Provide Photo and Explain:* | |
| Architectual Style: | Conventional |
| Use / Style Atypical for Neighborhood? | No |
| *If Yes, Explain:* | |
| Exterior Dwelling Condition: | Good |
| *If Fair or Poor, Provide Photo and Explain:* | |
| Exterior Dwelling Condition as Compared to Neighborhood Properties: | Similar |
| Is the Dwelling Visible From The Street? | Yes |
| Is there a "For Sale" Sign Present on the Property? | No |
| *If Yes, Provide Photo:* | |
| Does Dwelling Appear to be Vacant? | Yes |

## HAZARDS, CONDITIONS & EXPOSURES

| | |
|---|---|
| Deferred Maintenance Noted or Repairs Required? | No |
| *If Yes, Provide Photos and Explain:* | |
| Dwelling Under Construction or Renovation? | No |
| *If Yes, Provide Photos and Explain:* | |
| Any Safety or Habitability Related Issues Noted? | No |
| *If Yes, Provide Photos and Explain:* | |

## EXTERNAL FACTORS

*Negative Factors Observed Adjacent to the Property or*
*Within the Immediate Neighborhood Boundaries.*

| | |
|---|---|
| High Tension Electrical Wires? | Yes |
| Vacant/Abandoned Property? | No |
| Landfill Or Transfer Station? | No |
| Commercial/Industrial Use Property? | No |
| Railroad Tracks? | No |
| Interstate/Freeway/Highway? | No |
| Private or Public Airport? | No |
| Negative Noise Impact? | No |
| *If Yes, Provide Photos and Explain:* | |

21

**PROPERTY VERIFICATION REPORT**

*Positive Factors Observed Adjacent to the Property or Within the Immediate Neighborhood Boundaries.*

| | |
|---|---|
| Golf Course? | No |
| Oceanfront Access? | No |
| Lakefront Access? Yes | No |
| Private/Public Marina or Boat Ramp Access? | No |

If Yes, Provide Photos and Explain:

OCCUPANCY STATUS SUPPLEMENT (PVRI Code)

Supplement Requested by Client?

Physical Interview Conducted?

*If Yes, Name of Person Interviewed:*

Relationship to Owner:

Occupancy Status:

Identity Confirmed By:

Overall Temperament of Person Interviewed: N/A

Projected Vacancy Date:

COMMENTS

22

**PROPERTY VERIFICATION REPORT**





23

**PROPERTY VERIFICATION REPORT**





24

**PROPERTY VERIFICATION REPORT**





25

© 2009, CIS Group, Inc. V5

# EXHIBIT 2.3



Dec. 2009
$41,000

# EXHIBIT 3.1

*Know all Men by these Presents*

That **Creative Realty Solutions, a California Limited Liability Company d/b/a TCS Foreclosure** of Irvine, California, for and in consideration of One dollar ($1.00) and other valuable considerations to them in hand paid by Equity Trust Company Custodian FBO Abha Dubey IRA, the Grantee, whose address is ██████████████████ do hereby

**Grant, Bargain, Sell and Convey** to said Grantee, his heirs and assigns forever, the following described **Real Estate** situate in the Township of _____, in the County of Summit State of Ohio, to wit:

See Attached "Exhibit A"

Last transfer: **Deed Volume** _____ **Page** _____

and all the **Estate, Right, Title and Interest** of said grantor(s) in and to said premises; **To have and to hold the same,** with all the privileges and appurtenances thereunto belonging to said Grantee, their heirs and assigns forever.

55673475
Pg: 1 of 3
12/28/2009 02:51P
DE          36.00
John A Donofrio, Summit Fiscal Officer

727

And the said Grantor does hereby Covenant and Warrant that the title so conveyed is Clear, Free and Unincumbered and that they will Defend the same against all lawful claims of persons whomsoever.

In Witness Whereof, the said CREATIVE REALTY SOLUTIONS, LLC, the Grantor, does hereby release its right and expectancy of dower in said premises and has hereunto set its hand this 24 day of September, 2009.

Signed and acknowledged in the presence of:

CREATIVE REALTY SOLUTIONS, LLC

BY:
MEMBER/MANAGER

State of _California_
County of _Orange_

On this 24 day of September, 2009, before me, a Notary Public in and for said County, personally appeared Kevin Grom
_____, the Grantor in the foregoing deed and acknowledged the signing thereof to be their voluntary act and deed.

Witness my official signature and seal on the day last above mentioned.

_Daniel A. Wallace_
Notary Public

My Commission Expires 12/5/2011

This instrument prepared by: Creative Realty Solutions, LLC.

DANIEL A. WALLACE
Commission # 1778821
Notary Public - California
Orange County
My Comm. Expires Dec 5, 2011

## **Exhibit A**

SITUATED IN THE CITY OF AKRON, COUNTY OF SUMMIT AND STATE OF OHIO AND KNOWN AS BEING LOT 21 OF THE ELMA ALLOTMENT AS RECORDED IN PLAT BOOK 10, PAGE 32 OF SUMMIT COUNTY RECORDS. BE THE SAME MORE OF LESS BUT SUBJECT TO ALL LEGAL HIGHWAYS.

Commonly known as 727 ELMA AVENUE Akron, OH 44310
However, by showing this address no additional coverage is provided.

PARCEL #   6831038        ALT ID 020157606023000

I hereby certify this to be a true copy of the record in the Fiscal Office of the County of Summit.

55673475

KRISTEN M. SCALISE CPA, CFE
FISCAL OFFICER                    By _____
                                        Deputy Fiscal Officer
Date 1/10/2014

19684
TRANSFERRED IN COMPLIANCE WITH
SEC.319.202 REV. CODE
$ 3500.00 $ 140.00 FEE
                    Consideration
JOHN A. DONOFRIO    By _____
Fiscal Officer              Deputy Fiscal Officer
            No. of pages 3

2009 DEC 28 AM 11: 09
JOHN A. DONOFRIO
FISCAL OFFICER
COUNTY OF SUMMIT
TRANSFERRED

55673475
Pg: 3 of 3
12/28/2009 02:51P
DE            36.00
John A Donofrio, Summit Fiscal Officer

Description approved by Tax Maps
Approval good for 30 days from

# EXHIBIT 3.2

**PROPERTY VERIFICATION REPORT**



| ASSIGNMENT INFORMATION | | |
|---|---|---|
| **727 Elma Street** | Tracking #: | |
| **Akron** | Customer #: | |
| **OH** | Product Code: | PVR5D |
| **44310** | Order Date: | 1/29/2009 6:40:22 PM |
| | Time Service: | |

**SPECIAL INSTRUCTIONS**

### STREET SIDE OBSERVATION

| | |
|---|---|
| Survey Date: | |
| Location of Property: | Urban |
| Property Use: | Single Family |
| Property Use Other Than Single Family Residential? | No |
| *If Yes, Provide Photo and Explain:* | |
| Architectual Style: | Conventional |
| Use / Style Atypical for Neighborhood? | No |
| *If Yes, Explain:* | |
| Exterior Dwelling Condition: | Good |
| *If Fair or Poor, Provide Photo and Explain:* | |
| Exterior Dwelling Condition as Compared to Neighborhood Properties: | Similar |
| Is the Dwelling Visible From The Street? | Yes |
| Is there a "For Sale" Sign Present on the Property? | No |
| *If Yes, Provide Photo:* | |
| Does Dwelling Appear to be Vacant? | Yes |

### HAZARDS, CONDITIONS & EXPOSURES

| | |
|---|---|
| Deferred Maintenance Noted or Repairs Required? | No |
| *If Yes, Provide Photos and Explain:* | |
| Dwelling Under Construction or Renovation? | No |
| *If Yes, Provide Photos and Explain:* | |
| Any Safety or Habitability Related Issues Noted? | No |
| *If Yes, Provide Photos and Explain:* | |

### EXTERNAL FACTORS
*Negative Factors Observed Adjacent to the Property or Within the Immediate Neighborhood Boundaries.*

| | |
|---|---|
| High Tension Electrical Wires? | No |
| Vacant/Abandoned Property? | No |
| Landfill Or Transfer Station? | No |
| Commercial/Industrial Use Property? | Yes |
| Railroad Tracks? | No |
| Interstate/Freeway/Highway? | No |
| Private or Public Airport? | No |
| Negative Noise Impact? | No |
| *If Yes, Provide Photos and Explain:* | There is a First Merit bank that is straight across the street from this property. |

33

**PROPERTY VERIFICATION REPORT**

*Positive Factors Observed Adjacent to the Property or*
*Within the Immediate Neighborhood Boundaries.*

| | |
|---|---|
| Golf Course? | No |
| Oceanfront Access? | No |
| Lakefront Access? Yes | No |
| Private/Public Marina or Boat Ramp Access? | No |

   If Yes, Provide Photos and Explain:

OCCUPANCY STATUS SUPPLEMENT (PVRI Code)

Supplement Requested by Client?

Physical Interview Conducted?

   *If Yes, Name of Person Interviewed:*

Relationship to Owner:

Occupancy Status:

Identity Confirmed By:

Overall Temperament of Person Interviewed: N/A

Projected Vacancy Date:

COMMENTS

34

**PROPERTY VERIFICATION REPORT**





**PROPERTY VERIFICATION REPORT**





36

© 2009, CIS Group, Inc. V5

Page 4
505388

**PROPERTY VERIFICATION REPORT**





37

# EXHIBIT 3.3



Dec. 2009
$58,000

40

# EXHIBIT 4.1

#2

3
56.
N.C.

*Know all Men by these Presents*

That **Creative Realty Solutions, a California Limited Liability Company d/b/a TCS Foreclosure** of Irvine, California, for and in consideration of One dollar ($1.00) and other

valuable considerations to them in hand paid by Equity Trust Company Custodian FBO Abha

Dubey IRA, the Grantee, whose address is ███████████████████, do hereby

**Grant, Bargain, Sell and Convey** to said Grantee, his heirs and assigns forever, the

following described **Real Estate** situate in the Township of _____, in the County of Summit

State of Ohio, to wit:

See Attached "Exhibit A"

**Last transfer: Deed Volume** _____ **Page** _____

and all the **Estate, Right, Title and Interest** of said grantor(s) in and to said premises; **To have and to hold the same, with all the privileges and appurtenances thereunto belonging to said Grantee, their heirs and assigns forever.**

**55673479**
Pg: 1 of 3
12/28/2009 02:51P
DE                    56.00

428

And the said Grantor does hereby Covenant and Warrant that the title so conveyed is Clear, Free and Unincumbered and that they will Defend the same against all lawful claims of persons whomsoever.

In Witness Whereof, the said CREATIVE REALTY SOLUTIONS, LLC, the Grantor, does hereby release its right and expectancy of dower in said premises and has hereunto set its hand this _24_ day of _September_ , 2009.

Signed and acknowledged in the presence of:

 

 

CREATIVE REALTY SOLUTIONS, LLC

BY:
MEMBER/MANAGER

State of _California_
County of _Orange_

On this _24_ day of _September_ , 2009, before me, a Notary Public in and for said County, personally appeared _Kevin Green_ _____ , the Grantor in the foregoing deed and acknowledged the signing thereof to be their voluntary act and deed.

Witness my official signature and seal on the day last above mentioned.

_____
Notary Public

My Commission Expires _12/5/2011_

This instrument prepared by: Creative Realty Solutions, LLC.

DANIEL A. WALLACE
Commission # 1778821
Notary Public - California
Orange County
My Comm. Expires Dec 5, 2011

**Exhibit A**

SITUATED IN THE STATE OF OHIO, COUNTY OF SUMMIT AND TOWNSHIP OF COVENTRY:

AND KNOWN AS BEING LOT NUMBER (S)1140 AND 1141, IN COTTAGE GROVE ALLOTMENT NUMBER NINE, AS RECORDED IN PLAT BOOK 26, PAGE (S)31 OF SUMMIT COUNTY RECORDS. BE THE SAME MORE OR LESS, BUT SUBJECT TO ALL LEGAL HIGHWAYS.

Commonly known as 428 KILLIAN ROAD Akron, OH 44319
However, by showing this address no additional coverage is provided.

PARCEL #   1907500   RT #  C00032002013000
PARCEL #   1907501   RT #  C00032002014000

TRANSFERRED IN COMPLIANCE WITH
SEC.319.202 REV. CODE
$ 35,000.00 $ 140.00 _____ FEE
Consideration
JOHN A. DONOFRIO     By _____
Fiscal Officer          Deputy Fiscal Officer
No. of pages 3

2009 DEC 28 AM 11: 27
JOHN A. DONOFRIO
FISCAL OFFICER
COUNTY OF SUMMIT
TRANSFERRED

Approval good for 30 days from
Approved by Tax Maps

I hereby certify this to be a true copy of the record in the Fiscal Office of the County of Summit.

55673479

KRISTEN M. SCALISE CPA, CFE
FISCAL OFFICER          By _____
                        Deputy Fiscal Officer

1/10/2014

44

# EXHIBIT 4.2

**PROPERTY VERIFICATION REPORT**



### ASSIGNMENT INFORMATION

**428 Killian Road**
**Akron**
**OH**
**44319**

| | |
|---|---|
| Tracking #: | |
| Customer #: | |
| Product Code: | PVR5D |
| Order Date: | 1/29/2009 6:40:22 PM |
| Time Service: | |

### SPECIAL INSTRUCTIONS

### STREET SIDE OBSERVATION

| | |
|---|---|
| Survey Date: | |
| Location of Property: | Urban |
| Property Use: | Single Family |
| Property Use Other Than Single Family Residential? | No |
| *If Yes, Provide Photo and Explain:* | |
| Architectual Style: | Bungalow |
| Use / Style Atypical for Neighborhood? | No |
| *If Yes, Explain:* | |
| Exterior Dwelling Condition: | Average |
| *If Fair or Poor, Provide Photo and Explain:* | |
| Exterior Dwelling Condition as Compared to Neighborhood Properties: | Similar |
| Is the Dwelling Visible From The Street? | Yes |
| Is there a "For Sale" Sign Present on he Property? | No |
| *If Yes, Provide Photo:* | |
| Does Dwelling Appear to be Vacant? | Yes |

### HAZARDS, CONDITIONS & EXPOSURES

| | |
|---|---|
| Deferred Maintenance Noted or Repairs Required? | No |
| *If Yes, Provide Photos and Explain:* | |
| Dwelling Under Construction or Renovation? | Yes |
| *If Yes, Provide Photos and Explain:* | Side of home is missing some siding. |
| Any Safety or Habitability Related Issues Noted? | No |
| *If Yes, Provide Photos and Explain:* | |

### EXTERNAL FACTORS

*Negative Factors Observed Adjacent to the Property or Within the Immediate Neighborhood Boundaries.*

| | |
|---|---|
| High Tension Electrical Wires? | No |
| Vacant/Abandoned Property? | No |
| Landfill Or Transfer Station? | No |
| Commercial/Industrial Use Property? | No |
| Railroad Tracks? | No |
| Interstate/Freeway/Highway? | No |
| Private or Public Airport? | No |
| Negative Noise Impact? | No |
| *If Yes, Provide Photos and Explain:* | |

45

505390

**PROPERTY VERIFICATION REPORT**

*Positive Factors Observed Adjacent to the Property or Within the Immediate Neighborhood Boundaries.*

| | |
|---|---|
| Golf Course? | Yes |
| Oceanfront Access? | No |
| Lakefront Access? Yes | No |
| Private/Public Marina or Boat Ramp Access? | No |

If Yes, Provide Photos and Explain:

OCCUPANCY STATUS SUPPLEMENT (PVRI Code)

Supplement Requested by Client?

Physical Interview Conducted?

*If Yes, Name of Person Interviewed:*

Relationship to Owner:

Occupancy Status:

Identity Confirmed By:

Overall Temperament of Person Interviewed: N/A

Projected Vacancy Date:

COMMENTS

46

**PROPERTY VERIFICATION REPORT**





47

© 2009, CIS Group, Inc. V5

**PROPERTY VERIFICATION REPORT**





48

**PROPERTY VERIFICATION REPORT**





49

**PROPERTY VERIFICATION REPORT**





50

# EXHIBIT 4.3





Dec. 2009
$75,000

# EXHIBIT 5.1

$36.00 10/07/09 10:54:28
DEED-09-068148  0003
Montgomery County
Willis E. Blackshear Recorder

TRANSFER
09:25am    OCTOBER 06, 2009
KARL L. KEITH, COUNTY AUDITOR
Conv/Tran #: 14975        $105.00

*Know all Men by these Presents*  D-3

That **Creative Realty Solutions, a California Limited Liability Company d/b/a TCS**

**Foreclosure** of Irvine, California, for and in consideration of One dollar ($1.00) and other

valuable considerations to them in hand paid by Equity Trust Company Custodian FBO Abha

Dubey IRA, the Grantee, whose address is ███████████████████ do hereby

**Grant, Bargain, Sell and Convey** to said Grantee, his heirs and assigns forever, the

following described **Real Estate** situate in the Township of _____, in the County of

Montgomery State of Ohio, to wit:

See Attached "Exhibit A"

Last transfer: **Deed Volume** _____ **Page** _____

and all the **Estate, Right, Title and Interest** of said grantor(s) in and to said premises; **To have
and to hold** the same, with all the privileges and appurtenances thereunto belonging to said
Grantee, their heirs and assigns forever.

Instrument Number: 2009-00068148  Seq: 1

And the said Grantor does hereby Covenant and Warrant that the title so conveyed is Clear, Free and Unincumbered and that they will Defend the same against all lawful claims of persons whomsoever.

In Witness Whereof, the said CREATIVE REALTY SOLUTIONS, LLC, the Grantor, does hereby release its right and expectancy of dower in said premises and has hereunto set its hand this _2 4_ day of _September_, 2009.

Signed and acknowledged in the presence of:

CREATIVE REALTY SOLUTIONS, LLC

BY: _____
MEMBER/MANAGER

State of _California_,
County of _Orange_

On this _24_ day of _September_, 2009, before me, a Notary Public in and for said County, personally appeared _Kevin Grom_ _____, the Grantor in the foregoing deed and acknowledged the signing thereof to be their voluntary act and deed.

Witness my official signature and seal on the day last above mentioned.

_Daniel A Wallace_
Notary Public

My Commission Expires _12/5/2011_

This instrument prepared by: Creative Realty Solutions, LLC.

DANIEL A. WALLACE
Commission # 1778821
Notary Public - California
Orange County
My Comm. Expires Dec 5, 2011

55

## Exhibit A

SITUATE IN THE CITY OF DAYTON, COUNTY OF MONTGOMERY AND STATE
OF OHIO, AND BEING LOT NUMBER THIRTY-THREE THOUSAND AND SIXTY-
EIGHT (33,068) OF THE REVISED AND CONSECUTIVE NUMBERS OF LOTS ON
THE PLAT OF THE SAID CITY OF DAYTON, OHIO.

Commonly known as 80 VICTOR AVENUE Dayton, OH 45405
However, by showing this address no additional coverage is provided.


PARCEL #  R72-07007-0046

56

THE STATE OF OHIO }
MONTGOMERY COUNTY } ss.

     I, WILLIS E. BLACKSHEAR, RECORDER, within and for the County and State aforesaid, do hereby certify that the foregoing is a true and correct copy of the _____ **_WARRANTY_** _____ _____ **_DEED_** _____ recorded at _____ *09-68148* _____.
     Witness my hand and seal of said office this _____ *10th* _____ day of _____ **_JANUARY_** _____, A. D., 20 _*14*_ .

WILLIS E. BLACKSHEAR, RECORDER
Montgomery County, Ohio

Raised Imprint Seal of the
Montgomery County Recorder

By _____,
                       Deputy Recorder

# EXHIBIT 5.2

**PROPERTY VERIFICATION REPORT**



## ASSIGNMENT INFORMATION

**80 Victor Avenue**
**Dayton**
**OH**
**45405**

Tracking #:
Customer #:
Product Code: PVR5D
Order Date: 1/29/2009 6:40:22 PM
Time Service:

## SPECIAL INSTRUCTIONS

## STREET SIDE OBSERVATION

| | |
|---|---|
| Survey Date: | |
| Location of Property: | Urban |
| Property Use: | Single Family |
| Property Use Other Than Single Family Residential? | No |
| *If Yes, Provide Photo and Explain:* | |
| Architectual Style: | Colonial |
| Use / Style Atypical for Neighborhood? | No |
| *If Yes, Explain:* | |
| Exterior Dwelling Condition: | Average |
| *If Fair or Poor, Provide Photo and Explain:* | |
| Exterior Dwelling Condition as Compared to Neighborhood Properties: | Similar |
| Is the Dwelling Visible From The Street? | Yes |
| Is there a "For Sale" Sign Present on the Property? | No |
| *If Yes, Provide Photo:* | |
| Does Dwelling Appear to be Vacant? | No |

## HAZARDS, CONDITIONS & EXPOSURES

| | |
|---|---|
| Deferred Maintenance Noted or Repairs Required? | No |
| *If Yes, Provide Photos and Explain:* | |
| Dwelling Under Construction or Renovation? | No |
| *If Yes, Provide Photos and Explain:* | |
| Any Safety or Habitability Related Issues Noted? | No |
| *If Yes, Provide Photos and Explain:* | |

## EXTERNAL FACTORS

*Negative Factors Observed Adjacent to the Property or Within the Immediate Neighborhood Boundaries.*

| | |
|---|---|
| High Tension Electrical Wires? | No |
| Vacant/Abandoned Property? | No |
| Landfill Or Transfer Station? | No |
| Commercial/Industrial Use Property? | No |
| Railroad Tracks? | No |
| Interstate/Freeway/Highway? | No |
| Private or Public Airport? | No |
| Negative Noise Impact? | No |
| *If Yes, Provide Photos and Explain:* | |

59

**PROPERTY VERIFICATION REPORT**

*Positive Factors Observed Adjacent to the Property or Within the Immediate Neighborhood Boundaries.*

| | |
|---|---|
| Golf Course? | No |
| Oceanfront Access? | No |
| Lakefront Access? Yes | No |
| Private/Public Marina or Boat Ramp Access? | No |

If Yes, Provide Photos and Explain:

OCCUPANCY STATUS SUPPLEMENT (PVRI_Code)

Supplement Requested by Client?

Physical Interview Conducted?

*If Yes, Name of Person Interviewed:*

Relationship to Owner:

Occupancy Status:

Identity Confirmed By:

Overall Temperament of Person Interviewed: N/A

Projected Vacancy Date:

COMMENTS

60

**PROPERTY VERIFICATION REPORT**





61

**PROPERTY VERIFICATION REPORT**





62

© 2009, CIS Group, Inc. V5

**PROPERTY VERIFICATION REPORT**



63

# EXHIBIT 5.3





# EXHIBIT 6.1

500

TRANSFERRED IN COMPLIANCE WITH
SEC.319.202 REV. CODE

$~~35.000~ $ 140.00 FEE

Consideration

JOHN A. DONOFRIO   By *Sullivan*
Fiscal Officer   Deputy Fiscal Office
No. of pages 2

TRANSFERRED

2010 JAN 15 PM 2: 23

JOHN A. DONOFRIO
FISCAL OFFICER
COUNTY OF SUMMIT

*Know all Men by these Presents*

Mail to
Page 2
env

That **Creative Realty Solutions, a California Limited Liability Company d/b/a TCS**

**Foreclosure** of Irvine, California, for and in consideration of One dollar ($1.00) and other

valuable considerations to them in hand paid by Equity Trust Company Custodian FBO Abha

Dubey IRA, the Grantee, whose address is ▇▇▇▇▇▇▇▇▇▇▇ do hereby

**Grant, Bargain, Sell and Convey** to said Grantee, his heirs and assigns forever, the

following described **Real Estate** situate in the Township of _____, in the County of Summit

State of Ohio, to wit:

See Attached "Exhibit A"

Last transfer: **Deed Volume** _____ **Page** _____

and all the **Estate, Right, Title and Interest** of said grantor(s) in and to said premises; **To have
and to hold** the same, with all the privileges and appurtenances thereunto belonging to said
Grantee, their heirs and assigns forever.



67  55677001
Pg: 1 of 3
01/15/2010 03:13P
DE          56.00
John A Donofrio  Summit Fiscal Officer

951

And the said Grantor does hereby Covenant and Warrant that the title so conveyed is Clear, Free and Unincumbered and that they will Defend the same against all lawful claims of persons whomsoever.

In Witness Whereof, the said CREATIVE REALTY SOLUTIONS, LLC, the Grantor, does hereby release its right and expectancy of dower in said premises and has hereunto set its hand this ___24___ day of __SEPTEMBER_____, 2009.

Signed and acknowledged in the presence of:

CREATIVE REALTY SOLUTIONS, LLC

BY: _____
MEMBER/MANAGER

State of _California_,
County of _Orange_

On this _24_ day of _September_____, 2009, before me, a Notary Public in and for said County, personally appeared ___Kevin Brown_____
_____, the Grantor in the foregoing deed and acknowledged the signing thereof to be their voluntary act and deed.

Witness my official signature and seal on the day last above mentioned.

_Daniel A Wallace_____
Notary Public

My Commission Expires _12/5/2011_____

This instrument prepared by: Creative Realty Solutions, LLC.

Return To: The Closing Place
23 Valley River Ave
Murphy NC 28906
ENV

DANIEL A. WALLACE
Commission # 1778821
Notary Public - California
Orange County
My Comm. Expires Dec 5, 2011

**Exhibit A**

SITUATED IN THE CITY OF AKRON, COUNTY OF SUMMIT AND STATE OF
OHIO AND KNOWN AS BEING LOT NO.12 IN THE DAVIES-ARLINGTON
ALLOTMENT AS RECORDED IN PLAT BOOK 23. PAGES 50-52 OF SUMMIT
COUNTY RECORDS OF PLATS. BE THE SAME MORE OR LESS, BUT SUBJECT
TO ALL LEGAL HIGHWAYS.

Commonly known as 951  CLIFFORD AVENUE Akron, OH 44306
However, by showing this address no additional coverage is provided.

Parcel #   6830120

ALT  I.D#  0800629C4018000

I hereby certify this to be a true copy of the record in the Fiscal
Office of the County of Summit.

_55677001_

KRISTEN M. SCALISE CPA, CFE     By _____
FISCAL OFFICER                      Deputy Fiscal Officer

Date_1/10/2014_

Description approved by Tax Maps
Approval good for 30 days from
5/09         1.14.10

**55677001**
Pg: 3 of 3
01/15/2010 03:13P
DE          56.00
John A Donofrio, Summit Fiscal Officer

# EXHIBIT 6.2

**PROPERTY VERIFICATION REPORT**



PLATINUM**data**
accurate. efficient. simplified.

---

ASSIGNMENT INFORMATION

**951 Clifford Avenue**
**Akron**
**OH**
**44306**

| | |
|---|---|
| Tracking #: | |
| Customer #: | |
| Product Code: | PVR5D |
| Order Date: | 1/29/2009 6:40:22 PM |
| Time Service: | |

---

SPECIAL INSTRUCTIONS

---

STREET SIDE OBSERVATION

| | |
|---|---|
| Survey Date: | |
| Location of Property: | Urban |
| Property Use: | Single Family |
| Property Use Other Than Single Family Residential? | No |
| *If Yes, Provide Photo and Explain:* | |
| Architectual Style: | Ranch |
| Use / Style Atypical for Neighborhood? | No |
| *If Yes, Explain:* | |
| Exterior Dwelling Condition: | Good |
| *If Fair or Poor, Provide Photo and Explain:* | |
| Exterior Dwelling Condition as Compared to Neighborhood Properties: | Similar |
| Is the Dwelling Visible From The Street? | Yes |
| Is there a "For Sale" Sign Present on the Property? | No |
| *If Yes, Provide Photo:* | |
| Does Dwelling Appear to be Vacant? | Yes |

HAZARDS, CONDITIONS & EXPOSURES

| | |
|---|---|
| Deferred Maintenance Noted or Repairs Required? | No |
| *If Yes, Provide Photos and Explain:* | |
| Dwelling Under Construction or Renovation? | No |
| *If Yes, Provide Photos and Explain:* | |
| Any Safety or Habitability Related Issues Noted? | No |
| *If Yes, Provide Photos and Explain:* | |

EXTERNAL FACTORS

*Negative Factors Observed Adjacent to the Property or*
*Within the Immediate Neighborhood Boundaries.*

| | |
|---|---|
| High Tension Electrical Wires? | No |
| Vacant/Abandoned Property? | No |
| Landfill Or Transfer Station? | No |
| Commercial/Industrial Use Property? | No |
| Railroad Tracks? | No |
| Interstate/Freeway/Highway? | No |
| Private or Public Airport? | No |
| Negative Noise Impact? | No |
| *If Yes, Provide Photos and Explain:* | |

71

**PROPERTY VERIFICATION REPORT**

*Positive Factors Observed Adjacent to the Property or Within the Immediate Neighborhood Boundaries.*

| | |
|---|---|
| Golf Course? | No |
| Oceanfront Access? | No |
| Lakefront Access? Yes | No |
| Private/Public Marina or Boat Ramp Access? | No |

If Yes, Provide Photos and Explain:

OCCUPANCY STATUS SUPPLEMENT (PVRI Code)

Supplement Requested by Client?

Physical Interview Conducted?

*If Yes, Name of Person Interviewed:*

Relationship to Owner:

Occupancy Status:

Identity Confirmed By:

Overall Temperament of Person Interviewed: N/A

Projected Vacancy Date:

COMMENTS

72

**PROPERTY VERIFICATION REPORT**





73

**PROPERTY VERIFICATION REPORT**





74

**PROPERTY VERIFICATION REPORT**



75

# EXHIBIT 6.3



# EXHIBIT 7.1

A201000002864

January 13, 2010 1:09 PM
Julie L. Voorhies,
Marion County Recorder



Pages: 3

Fee: $24.50
By: DMC

BILLIE J. BREAUX
MARION COUNTY AUDITOR

019633 JAN -8 ☐

SUBJECT TO FINAL ACCEPTANCE
FOR TRANSFER

# W A R R A N T Y   D E E D

KEY NO.

|  |  |
|---|---|
| COUNTY: | MARION |
| OWNER: | CREATIVE REALTY SOLUTIONS, LLC d/b/a TCS FORECLOSURE |

THIS INDENTURE WITNESSETH THAT **CREATIVE REALTY SOLUTIONS, LLC,
a California Limited Liability Company d/b/a TCS FORECLOSURE** of Orange County in the
State of California, convey and warrant to **EQUITY TRUST COMPANY CUSTODIAN FBO
ABHA DUBEY IRA** of the State of Hawaii, for and in consideration of Ten Dollars ($10.00) and
other valuable consideration the receipt whereof is hereby acknowledged, the following Real Estate
in Marion County in the State of Indiana to-wit:

DESCRIPTION: Attached as Exhibit "A"

The grantor covenants that he has cleared and conveyed free of all leases, licenses, or other interests
both legal and equitable, and all encumbrances of any kind or character, on, in and under said land.

It is understood between the parties hereto, and their successors in title, and made a covenant herein
which shall run with the land, that all lands hereinbefore described (excepting any parcels
specifically designated as easements or temporary rights of way) are conveyed in fee simple and not
merely for right of way purposes, and that no reversionary rights whatsoever are intended to remain
in the grantors.

The undersigned person executing this deed represents and certifies on behalf of the GRANTOR that
he(she) has been fully empowered By the GRANTOR to execute and deliver this conveyance and
all other such instruments of transfer, that the GRANTOR has full capacity to convey the real estate
described, and that all necessary action for the making of this conveyance has been duly taken.

IN WITNESS WHEREOF, the said **CREATIVE REALTY SOLUTIONS, LLC d/b/a TCS
FORECLOSURE**, has hereunto set his hand and seal, this 24ᵗʰ day of September, 2009.

CREATIVE REALTY SOLUTIONS, LLC
d/b/a TCS FORECLOSURE

By:

Print Name:

Title:

By: Andrew L. Wardein

Print Name: Andrew L. Wardein

Title: manager

OFFICIAL CERTIFIED COPY
TRUE AND COMPLETE

RECORDER OR DEPUTY

02/05/2014
DATE

Julie L. Voorhies
02/05/2014

79

STATE OF _California_
COUNTY OF _Orange_

      Before me, the undersigned, a Notary Public, in and for said County and State this _24_ day of _September_, 2009 personally appeared _Kevin Grom_ as _CEO_ of CREATIVE REALTY SOLUTIONS, LLC d/b/a TCS FORECLOSURE in the above conveyance, and acknowledged the execution of such Deed to be his/her voluntary act and deed, for the uses and purposes herein mentioned.

      Witness my hand and notarial seal this _24_ day of _September_, 2009.

[AFFIX NOTARIAL SEAL]

      _Daniel A Wallace_

Notary Public

My Commission Expires:     Printed Name: _Daniel A. Wallace_

_12/5/2011_     Resident of: _Orange_ County, _California_



DANIEL A. WALLACE
Commission # 1778821
Notary Public - California
Orange County
My Comm. Expires Dec 5, 2011

Prepared by:   Creative Realty Solutions, LLC
              7595 Irvine Center Drive
              Irvine, CA  92618

Grantees Address:   ████████████

After Recording Return To:  Trinity Land Title
                        17 Valley River Ave., Ste. 5
                        Murphy, NC  28906



JULIE L. VOORHIES
SEAL
MARION COUNTY RECORDER
INDIANA

OFFICIAL CERTIFIED COPY
TRUE AND COMPLETE

RECORDER OR DEPUTY
_02/05/2014_
DATE
_YC_

80

_AA-2_

## Exhibit A

SITUATED IN THE COUNTY OF MARION, IN THE STATE OF INDIANA: PART OF THE WEST HALF OF THE SOUTHEAST QUARTER OF SECTION 14, TOWNSHIP 14 NORTH, RANGE 2 EAST OF THE SECOND PRINCIPAL MERIDIAN, IN MARION COUNTY, INDIANA, MORE PARTICULARLY DESCRIBED AS FOLLOWS: BEGINNING AT A POINT WHICH IS 4.72 RODS SOUTH OF THE NORTHWEST CORNER OF SAID HALF QUARTER SECTION; THENCE SOUTH ON AND ALONG THE WEST LINE OF SAID HALF QUARTER SECTION 10 RODS, MORE OR LESS TO THE CENTER OF THE COUNTY ROAD; THENCE NORTHEAST ALONG THE CENTER LINE OF SAID COUNTY ROAD, 14.52 RODS; THENCE SOUTH 82-1/2 DEGREES WEST 9.24 RODS MORE OR LESS TO THE PLACE OF BEGINNING. ALSO, A PART OF THE WEST HALF OF THE SOUTHEAST QUARTER OF SECTION 14, TOWNSHIP 14 NORTH, RANGE 2 EAST, MARION COUNTY, INDIANA DESCRIBED AS FOLLOWS: BEGINNING AT THE NORTHWEST CORNER OF SAID HALF QUARTER SECTION; THENCE SOUTH ALONG THE WEST LINE OF SAID HALF QUARTER SECTION 77.88 FEET; THENCE NORTH 82 DEGREES 30 MINUTES EAST 152.46 FEET; THENCE NORTHWESTERLY 162 FEET MORE OR LESS TO THE POINT OF BEGINNING. BE THE SAME MORE OR LESS BUT SUBJECT TO ALL LEGAL HIGHWAYS FOR THE PROPERTY COMMONLY KNOWN AS 7512 S. MOORESVILLE ROAD, INDIANAPOLIS, IN 46221.

Commonly known as 7512 MOORESVILLE ROAD Indianapolis, IN 46221
However, by showing this address no additional coverage is provided.

Parcel No. 49-13-14-116-002.000-200



OFFICIAL CERTIFIED COPY
TRUE AND COMPLETE

RECORDER OR DEPUTY
02/05/2014
DATE

81

HIA-2

# EXHIBIT 7.2

**PROPERTY VERIFICATION REPORT**



### ASSIGNMENT INFORMATION

**7512 Mooresville Road**
**Indianapolis**
**IN**
**46221**

| | |
|---|---|
| Tracking #: | |
| Customer #: | |
| Product Code: | PVR5D |
| Order Date: | 1/29/2009 6:40:22 PM |
| Time Service: | |

### SPECIAL INSTRUCTIONS

### STREET SIDE OBSERVATION

| | |
|---|---|
| Survey Date: | |
| Location of Property: | Rural |
| Property Use: | Single Family |
| Property Use Other Than Single Family Residential? | No |
| *If Yes, Provide Photo and Explain:* | |
| Architectual Style: | Bungalow |
| Use / Style Atypical for Neighborhood? | No |
| *If Yes, Explain:* | |
| Exterior Dwelling Condi ion: | Poor |
| *If Fair or Poor, Provide Photo and Explain:* | missing siding see photo  rear of home is concrete block and siding and looks to need paint |
| Exterior Dwelling Condi ion as Compared to Neighborhood Properties: | Considerably Inferior |
| Is the Dwelling Visible From The Street? | Yes |
| Is there a "For Sale" Sign Present on  he Property? | No |
| *If Yes, Provide Photo:* | |
| Does Dwelling Appear to be Vacant? | Yes |

### HAZARDS, CONDITIONS & EXPOSURES

| | |
|---|---|
| Deferred Maintenance Noted or Repairs Required? | Yes |
| *If Yes, Provide Photos and Explain:* | yes see answer for exterior dwelling condition |
| Dwelling Under Construction or Renovation? | No |
| *If Yes, Provide Photos and Explain:* | |
| Any Safety or Habitability Related Issues Noted? | Yes |
| *If Yes, Provide Photos and Explain:* | needs repair to missing siding |

### EXTERNAL FACTORS

*Negative Factors Observed Adjacent to the Property or*
*Within the Immediate Neighborhood Boundaries.*

| | |
|---|---|
| High Tension Electrical Wires? | No |
| Vacant/Abandoned Property? | No |
| Landfill Or Transfer Station? | No |
| Commercial/Industrial Use Property? | No |
| Railroad Tracks? | No |
| Interstate/Freeway/Highway? | No |
| Private or Public Airport? | No |
| Negative Noise Impact? | No |
| *If Yes, Provide Photos and Explain:* | |

83

**PROPERTY VERIFICATION REPORT**

*Positive Factors Observed Adjacent to the Property or Within the Immediate Neighborhood Boundaries.*

| | |
|---|---|
| Golf Course? | No |
| Oceanfront Access? | No |
| Lakefront Access? Yes | No |
| Private/Public Marina or Boat Ramp Access? | No |

If Yes, Provide Photos and Explain:

OCCUPANCY STATUS SUPPLEMENT (PVRI Code)

Supplement Requested by Client?

Physical Interview Conducted?

*If Yes, Name of Person Interviewed:*

Relationship to Owner:

Occupancy Status:

Identity Confirmed By:

Overall Temperament of Person Interviewed: N/A

Projected Vacancy Date:

COMMENTS

84

**PROPERTY VERIFICATION REPORT**





85

**PROPERTY VERIFICATION REPORT**





86

**PROPERTY VERIFICATION REPORT**





87

**PROPERTY VERIFICATION REPORT**



88

# EXHIBIT 7.3



Sep. 2009
$67,000

# EXHIBIT 8.1

## *Know all Men by these Presents*

That **Creative Realty Solutions, a California Limited Liability Company d/b/a TCS**

**Foreclosure** of Irvine, California, for and in consideration of One dollar ($1.00) and other

valuable considerations to them in hand paid by Equity Trust Company Custodian FBO Abha

Dubey IRA, the Grantee, whose address is ████████████████████████, do hereby

*Grant, Bargain, Sell and Convey* to said Grantee, his heirs and assigns forever, the following

described **Real Estate** situate, in the County of Summit State of Ohio, to wit:

See Attached "Exhibit A"

TRANSFERRED IN COMPLIANCE WITH
SEC.319.202 REV. CODE
$35,000.00 $ 140.00 FEE
Consideration
JOHN A. DONOFRIO   By ____
Fiscal Officer        Deputy Fiscal Officer
No. of pages 4

JOHN A. DONOFRIO
FISCAL OFFICER
COUNTY OF SUMMIT
2009 DEC 28  AM 11:38
TRANSFERRED

*Last transfer: Deed Volume _____ Page _____*

*and all the Estate, Right, Title and Interest of said grantor(s) in and to said premises; To have and to hold the same, with all the privileges and appurtenances thereunto belonging to said Grantee, their heirs and assigns forever.*

*And the said Grantor does hereby Covenant and Warrant that the title so conveyed is Clear, Free and Unincumbered and that they will Defend the same against all lawful claims of persons whomsoever.*

55673481
Pg: 1 of 3
12/28/2009 02:51P
DE                56.00

953

*In Witness Whereof, the said* CREATIVE REALTY SOLUTIONS, LLC, the Grantor, *does hereby release its right and expectancy of dower in said premises and has hereunto set its hand this* 24 *day of* September _____, 2009.

*Signed and acknowledged in the presence of:*

_Sylvia Melbania_
_____

_____

*State of* California .
*County of* Orange _____

CREATIVE REALTY SOLUTIONS, LLC

BY: _____
MEMBER/MANAGER

*On this* 24 *day of* September _____, 2009, *before me, a Notary Public in and for said County, personally appeared* Kevin Crom _____
_____, *the Grantor in the foregoing deed and acknowledged the signing thereof to be their voluntary act and deed.*

*Witness my official signature and seal on the day last above mentioned.*

_Daniel A Wallace_
*Notary Public*

*My Commission Expires* 12/5/2011 _____

*This instrument prepared by:* Creative Realty Solutions, LLC.

DANIEL A. WALLACE
Commission # 1778821
Notary Public - California
Orange County
My Comm. Expires Dec 5, 2011

2

## Exhibit A

SITUATED IN THE CITY OF AKRON. COUNTY OF SUMMIT AND STATE OF
OHIO AND BOUNDED AND DESCRIBED AS FOLLOWS, TO WIT:

BEING A PART OF LOTS 37 AND 38 OF THE HILL AND KIRK ALLOTMENT AS
RECORDED IN PLAT BOOK 12, PAGE 16, SUMMIT COUNTY RECORDS,
BOUNDED AND DESCRIBED AS FOLLOWS, TO WIT:

BEGINNING AT THE NORTHWEST CORNER OF SAID LOT 37; THENCE EAST
ALONG THE NORTH LINE OF LOTS 37 AND 38, 100 FEET TO THE NORTHEAST
CORNER OF SAID LOT 38; THENCE SOUTH ALONG THE EAST LINE OF SAID
LOT 38, 33 FEET TO A POINT; THENCE WEST PARALLEL TO THE NORTH LINE
OF SAID LOTS 37 AND 38, 100 FEET TO A POINT IN THE WEST LINE OF LOT
37; THENCE NORTH ALONG THE WEST LINE OF SAID LOT 37, 33 FEET TO
THE PLACE OF BEGINNING, BE THE SAME MORE OR LESS, BUT SUBJECT TO
ALL LEGAL HIGHWAYS AND RESTRICTIONS OF RECORD.

Commonly known as 953 ABERDEEN STREET Akron, OH 44310
However, by showing this address no additional coverage is provided.

PARCEL #  6807341    ALT ID   010167505048000

I hereby certify this to be a true copy of the record in the Fiscal
Office of the County of Summit.

55673481

KRISTEN M. SCALISE CPA, CFE    By
FISCAL OFFICER                 Deputy Fiscal Officer

1/10/2014

**55673481**
Pg: 3 of 3
12/28/2009 02:51P
DE            56.00

Description approved by Tax Maps
Approval good for 30 days from

94

# EXHIBIT 8.2

**PROPERTY VERIFICATION REPORT**



## ASSIGNMENT INFORMATION

**953 Aberdeen Street**
**Akron**
**OH**
**44310**

Tracking #:
Customer #:
Product Code:   PVR5D
Order Date:   1/29/2009 6:40:22 PM
Time Service:

## SPECIAL INSTRUCTIONS

## STREET SIDE OBSERVATION

| | |
|---|---|
| Survey Date: | |
| Location of Property: | Urban |
| Property Use: | Single Family |
| Property Use Other Than Single Family Residential? | No |
| *If Yes, Provide Photo and Explain:* | |
| Architectual Style: | Conventional |
| Use / Style Atypical for Neighborhood? | No |
| *If Yes, Explain:* | |
| Exterior Dwelling Condi ion: | Fair |
| *If Fair or Poor, Provide Photo and Explain:* | |
| Exterior Dwelling Condi ion as Compared to Neighborhood Properties: | Similar |
| Is the Dwelling Visible From The Street? | Yes |
| Is there a "For Sale" Sign Present on he Property? | No |
| *If Yes, Provide Photo:* | |
| Does Dwelling Appear to be Vacant? | Yes |

## HAZARDS, CONDITIONS & EXPOSURES

| | |
|---|---|
| Deferred Maintenance Noted or Repairs Required? | Yes |
| *If Yes, Provide Photos and Explain:* | Siding is hanging from the front. The side door is boarded-up, gutter across the front porch is hanging. |
| Dwelling Under Construction or Renovation? | No |
| *If Yes, Provide Photos and Explain:* | |
| Any Safety or Habitability Related Issues Noted? | No |
| *If Yes, Provide Photos and Explain:* | |

## EXTERNAL FACTORS

*Negative Factors Observed Adjacent to the Property or Within the Immediate Neighborhood Boundaries.*

| | |
|---|---|
| High Tension Electrical Wires? | No |
| Vacant/Abandoned Property? | No |
| Landfill Or Transfer Station? | No |
| Commercial/Industrial Use Property? | No |
| Railroad Tracks? | No |
| Interstate/Freeway/Highway? | No |
| Private or Public Airport? | No |
| Negative Noise Impact? | No |
| *If Yes, Provide Photos and Explain:* | |

96

**PROPERTY VERIFICATION REPORT**

*Positive Factors Observed Adjacent to the Property or Within the Immediate Neighborhood Boundaries.*

| | |
|---|---|
| Golf Course? | No |
| Oceanfront Access? | No |
| Lakefront Access? Yes | No |
| Private/Public Marina or Boat Ramp Access? | No |

If Yes, Provide Photos and Explain:

OCCUPANCY STATUS SUPPLEMENT (PVRI_Code)

Supplement Requested by Client?

Physical Interview Conducted?

*If Yes, Name of Person Interviewed:*

Relationship to Owner:

Occupancy Status:

Identity Confirmed By:

Overall Temperament of Person Interviewed: N/A

Projected Vacancy Date:

COMMENTS

97

**PROPERTY VERIFICATION REPORT**





98

**PROPERTY VERIFICATION REPORT**





99

**PROPERTY VERIFICATION REPORT**





100

**PROPERTY VERIFICATION REPORT**





101

**PROPERTY VERIFICATION REPORT**





102

© 2009, CIS Group, Inc. V5

www.cisgroup.net

Page 7
505407

# EXHIBIT 8.3

