UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | | | | |
|---|---|---|---|---|
| Case No. | SACR 12-90-AG | | Date | September 10, 2014 |

Present: The Honorable **Andrew J. Guilford, U.S. District Judge**

Interpreter

| Lisa Bredahl | Miriam Baird | Greg Staples/Patricia Fusco SAUSA |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 2. Joseph Haymore | | X | X | 2. Dyke Huish, Steven Smith, Jason Smith | | X | X |
| 3. Paul Licausi | | X | X | 3. Marvin Rudnick | | X | X |

**Proceedings:** SENTENCING AFTER GUILTY VERDICTS TO COUNTS 1-3 OF THE INDICTMENT

Cause is called for hearing and counsel make their appearances. Court and counsel confer.

The sentencing of both defendants is continued to November 10, 2014 at 1:30 p.m. The defendant shall file any supplemental brief regarding the amount of loss and number of victims and lists any objections and their relevancy.

Government's response to defendants' briefs are due by October 14, 2014.

|  | 1 : 35 |
|---|---|
| Initials of Deputy Clerk | lmb |